IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02623-BNB

EDWARD D. SWANK,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
KEVIN MILYARD,
BEVERLY DOWIS,
DR. BARRY GOLDSMITH,
P.A. BRIAN WEBSTER, and
JOSEPH FORTUNATO,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Discovery" (Doc. # 20), filed on March 25, 2010, is DENIED as premature.

    Plaintiff's "Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" (Doc. # 21), filed on March 25, 2010, is DENIED as moot. Plaintiff was granted leave to proceed pursuant to 28 U.S.C. § 1915 on December 9, 2009.

    Dated: March 26, 2010